UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KENDRA SWAIN, )
)
        Plaintiff, )
) NO.  CV-11-3034 -CI
  v. )
)
MICHAEL J. ASTRUE, ) **JUDGMENT IN A**
Commissioner of Social Security, )   **CIVIL CASE**
)
        Defendant. )
)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED: January 18, 2013

                                                SEAN McAVOY
                                                District Court Executive/Clerk

                                                 s/ L. Stejskal
                                                 Deputy Clerk